Vernon L. Hopkinson (Bar No. 3656)
**COHNE, RAPPAPORT & SEGAL, P.C.**
257 East 200 South, Suite 700
P. O. Box 11008
Salt Lake City, Utah 84147-0008
Telephone: (801) 532-2666
Facsimile: (801) 355-1813
*vern@crslaw.com*

Attorney for Roger G. Segal, Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

----ooo0ooo----

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BACK, CHRISTINA A. | ) | Bankruptcy No. 12-32268 WTT |
| | ) | (Chapter 7) |
| Debtor. | ) | |

----ooo0ooo----

## TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING SALE OF DEBTOR'S INTEREST IN CERTAIN PROPERTY TO JOHN ALLAN GARCIA

Roger G. Segal, the duly appointed, qualified and acting Chapter 7 Trustee for the above-captioned Debtor's bankruptcy case, by and through his counsel of record, hereby moves the Court pursuant to 11 U.S.C. §363 and Rule 6004 of the Federal Rules of Bankruptcy Procedure for an order authorizing the Trustee to sell the Debtor's and the bankruptcy estate's interest in certain property to John Allan Garcia ("Garcia"). In connection herewith this Motion the Trustee states as follows:

1.  This Court has jurisdiction of this Motion as set forth in, *inter alia*, 28 U.S.C. §§157 and 1334, and the matters pertaining to this Motion are core proceedings as defined by 28 U.S.C. §157(b)(2). Venue is proper pursuant to 28 U.S.C. §1409.

2.  The Debtor filed her voluntary Chapter 7 petition on September 25, 2012. Shortly thereafter Roger G. Segal ("Trustee") was appointed to serve as Chapter 7 Trustee for the Debtor's bankruptcy case and at all times thereafter he has so served.

3.  Garcia is the Debtor's husband. The Debtor and Garcia have been involved in a divorce proceeding in Utah since 2010.

4.  In this bankruptcy proceeding Garcia is represented by Michael F. Thomson of Dorsey & Whitney LLP.

5.  Garcia has offered to purchase and the Trustee has agreed to sell to Garcia the Debtor's and the bankruptcy estate's interest, if any, in the following described property (collectively the "Property"):

    a.  A 2003 Ford F-350 vehicle;

    b.  Real property with improvements thereon located at what is commonly known as 4088 West 1820 South in South Salt Lake City, Utah;

    c.  Any and all interest in monies paid or to be paid by the Utah Department of Transportation in connection with the real property described in subparagraph b. above, including but not limited to, funds held by the law firm of Jones, Waldo, Holbrook & McDonough in its trust account; and

    d.  A World Mark by Wyndham timeshare interest.

6. Garcia has agreed to pay to the Trustee eight thousand dollars ($8,000.00) for purchase of the Debtor's and the bankruptcy estate's interest, if any, in the Property ("Purchase Price"). The Purchase Price is payable in full to the Trustee by no later then fifteen (15) days following an Order of this Court granting this Motion.

7. The Debtor claimed a $2,500.00 exemption concerning the Ford F-350 vehicle, which claim of exemption was not timely objected to by any party in interest. Accordingly, if Garcia pays the Purchase Price then the Trustee will pay to the Debtor $2,500.00 for her claimed exemption in the Ford F-350 vehicle.

8. The sale by the Trustee to Garcia of the Property is free and clear of any and all claims or interests of the Debtor or her bankruptcy estate in the Property. Except for the preceding sentence, the sale of the Property to Garcia is not free and clear of any lien or other claims or interests and therefore the sale does not alter or affect any existing lien or encumbrance affecting the Property. The sale of the Property by the Trustee to Garcia is in an "as is, where is, with all faults" condition, and such sale is without warranty or representation of any kind whatsoever, expressed or implied, at law or at equity, by the Trustee or the Debtor's bankruptcy estate. If the sale is not approved by this Court or does not timely close as set forth in paragraph 6 above, then the rights of the Trustee and the Debtor's bankruptcy estate in the Property will remain in full affect as if no sale had occurred.

9. Counsel for Garcia (Michael F. Thomson) has reviewed this Motion and agrees that the terms and conditions of the sale of the Debtor's and the bankruptcy estate's interest in the Property, if any, to Garcia is accurately and fully set forth in this Motion.

10.　　The Trustee believes in the exercise of his business judgment that the subject sale to Garcia is fair, reasonable and in the best interest of creditors in that the Trustee is informed and believes that the Purchase Price is appropriate and by entering into the sale the Trustee is able to liquidate the estate's interest in the Property without undue administrative expenses (sales costs and attorneys fees) and without having to become involved in the divorce proceeding between the Debtor and Garcia.

11.　　The Trustee reserves the right not to proceed with the proposed sale or this Motion if before the Court enters an Order granting this Motion the Trustee learns of facts which in his sole and absolute discretion results in the Trustee concluding that the Purchase Price is inadequate.

WHEREFORE, the Trustee respectfully requests that the Court enter an order providing as follows:

a.　　Authorizing the Trustee to sell the Debtor's and the bankruptcy estate's interest, if any, in the Property to Garcia as set forth in this Motion and authorizing the Trustee to pay the Debtor the $2,500.00 exemption amount for the Ford F-350 vehicle;

b.　　Authorizing the Trustee to take all steps necessary to complete the bankruptcy estate's sale of the Property to Garcia, including the execution and delivery of documents necessary to effectuate the sale; and

  c. For such other and further relief as the Court deems appropriate under the circumstances.

**DATED** this 8th day of April, 2013.

            COHNE, RAPPAPORT & SEGAL, P.C.

            _/s/ Vernon L. Hopkinson_
            Vernon L. Hopkinson
            Attorney for Roger G. Segal, Chapter 7 Trustee

## CERTIFICATE OF SERVICE - BY NOTICE OF ELECTRONIC FILING CM/ECF

I hereby certify that on the 8th day of April, 2013 I electronically filed the foregoing **TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING SALE OF DEBTOR'S INTEREST IN CERTAIN PROPERTY TO JOHN ALLAN GARCIA** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

- Scott T. Blotter scott@scottblotterlaw.com, scottblotterecf@gmail.com;frontdesk@scottblotterlaw.com;susan@scottblotterlaw.com;scott@scottblotterlaw.com

- Vernon L. Hopkinson vern@crslaw.com

- Roger G. Segal tr Roger@crslaw.com, rsegal@ecf.epiqsystems.com

- United States Trustee USTPRegion19.SK.ECF@usdoj.gov

## CERTIFICATE OF SERVICE - MAIL, OTHER

I hereby certify that on the 8th day of April, 2013 I caused to be served a true and correct copy of the foregoing **TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING SALE OF DEBTOR'S INTEREST IN CERTAIN PROPERTY TO JOHN ALLAN GARCIA** as follows:

Mail Service - By regular first class United States mail, postage fully pre-paid, addressed to:

Michael F. Thomson
Dorsey & Whitney LLP
136 S. Main Street, #1000
Salt Lake City, UT 84101

Mail Service to Entire Matrix - By regular first class United States mail, postage fully pre-paid, addressed to all parties who did not receive electronic service as set forth herein listed on the Official Mailing Matrix dated April 8, 2013 attached hereto.

*/s/ Amy Cassil*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 12-32268<br>District of Utah<br>Salt Lake City<br>Mon Apr  8 10:48:26 MDT 2013 | ARS<br>PO Box 469046<br>Escondido, CA 92046-9046 | AT&T<br>PO Box 30218<br>Los Angeles, CA 90030-0218 |
| America First Credit Union<br>PO Box 3288<br>Ogden, UT 84409-1288 | American Express<br>American Express Special Research<br>Po Box 981540<br>El Paso, TX 79998-1540 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| Christina A Back<br>5078 Rock Butte Road<br>Herriman, UT 84096-7779 | Bank Of America<br>Po Box 982238<br>El Paso, TX 79998-2238 | Scott T. Blotter<br>Scott T. Blotter and Associates, PLLC<br>735 East 9000 South<br>Suite 200<br>Sandy, UT 84094-3090 |
| Brighton Bank<br>311 South State Street<br>SLC, UT 84111-5224 | Chase<br>Chase Card Services<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase<br>P.o. Box 15298<br>Wilmington, DE 19850-5298 |
| Chase<br>Po Box 24696<br>Columbus, OH 43224-0696 | Chase<br>Po Box 901039<br>Fort Worth, TX 76101-2039 | Chase Manhattan Mortgage<br>Attn; Bankruptcy Dept<br>Po Box 24696<br>Columbus, OH 43224-0696 |
| Christopher Back<br>5078 Rock Butte<br>Herriman, UT 84096-7779 | Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Creditors Financial Groups LLC<br>PO Box 440290<br>Aurora, CO 80044-1500 |
| Dr. Douglas M. Woseth<br>Leonard J Swinyer MD<br>1548 E 4500 S, Ste 202<br>Salt Lake City, UT 84117-5209 | Flagstar Bank<br>Attn: Bankruptcy Dept<br>5151 Corporate Dr<br>Troy, MI 48098-2639 | GEMB/ Dillards<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Gemb/dillards Dc<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Hilco Receivables/Equable Ascent Financi<br>Attn: Bankruptcy<br>1120 Lake Cook Road Suite B<br>Buffalo Grove, IL 60089-1970 | Vernon L. Hopkinson<br>Cohne Rappaport & Segal<br>257 East 200 South, Suite 700<br>P.O. Box 11008<br>Salt Lake City, UT 84147-0008 |
| Jones, Waldo, Holbrook & McDonough<br>170 S Main St Suite 1500<br>SLC, UT 84101-1644 | Key Bank Nw<br>1101 Pacific Avenue<br>Tacoma, WA 98402-4396 | Mountain West Small Business Finance<br>2595 East 3300 South<br>SLC, UT 84109-2727 |
| Nordstrom FSB<br>Recovery/ Bankruptcy Department<br>Po Box 6555<br>Englewood, CO 80155-6555 | Norman Townsend & Johnson/Brad Townsend<br>230 S 500 E Suite 200<br>SLC, UT 84102-2023 | Rc Willey Home Furnishings<br>Attn: Bankruptcy<br>Po Box 65320<br>Salt Lake City, UT 84165-0320 |

Roger G. Segal tr
257 East 200 South
Suite 700
P.O. Box 11008
Salt Lake City, UT 84147-0008

Treo Management
5052 Wind Rock Lane
Herriman, UT 84096-7259

United States Trustee
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Unvl/citi
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195-0507

Victoria's Secret
Attention: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Washington Mutual Mortgage/ Chase Home F
Attention: Bankruptcy Dept. JAXA 2035
7255 Bay Meadows Way
Jacksonville, FL 32256-6851

End of Label Matrix
Mailable recipients    35
Bypassed recipients     0
Total                  35